UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARIEL FUENTES, et al., <br><br>   On behalf of themselves and all other similarly situated persons, <br><br>   Plaintiffs, <br><br> v. <br><br> MXD GROUP, INC, et al., <br><br>   Defendants. | Civil Action No. 2:18-cv-09109-JMV-CLW <br><br><br> **VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**TO:**  Clerk of the Court
     UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEW JERSEY

**IT IS HEREBY STIPULATED** by and between the undersigned legal counsel for the parties that the above-captioned action is and shall hereby be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


By: /s/ *Ravi Sattiraju*                                  By: /s/ *Peter F. Berk*
   RAVI SATTIRAJU, ESQ.                                      PETER F. BERK, ESQ.
   THE SATTIRAJU LAW FIRM, P.C.                              GENOVA BURNS, LLC
   116 Village Boulevard, Suite 200                          494 Broad Street
   Princeton, New Jersey 08540                               Newark, New Jersey 07102
   (P): (609) 799-1266                                       (P): (973) 533-0777
   (E): rsattiraju@sattirajulawfirm.com                      (E): pberk@genovaburns.com
   *Attorneys for the Plaintiffs*                            *Attorneys for Defendant MXD Group, Inc.*

Date: March 19, 2019                                      Date: March 19, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>19th</u> day of March 2019, the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

                                                         <u>*/s/  Ravi Sattiraju*</u>
                                                        Ravi Sattiraju, Esq. (N.J. Bar # 035251998)
                                                        **THE SATTIRAJU LAW FIRM, P.C.**
                                                        116 Village Blvd, Suite 200
                                                        Princeton, New Jersey 08540
                                                        Telephone: (609) 799-1266
                                                        Facsimile: (609) 228-5649
                                                        Email: rsattiraju@sattirajulawfirm.com
                                                        *Attorneys for Plaintiffs and all*
                                                        *others similarly situated*

Date:  March 19, 2019
            Princeton, New Jersey

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:    3/20/19

2